UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DELOREAN L. BRYSON,

        Plaintiff,

    v.                                     Case No. 19-cv-0893-bhl

MICHAEL DONOVAN, et al.,

        Defendants.

---

## ORDER

---

The Court has been advised that a settlement has been reached in this case. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with the parties' agreement. Therefore, all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

**IT IS ORDERED** that within forty-five days from the date of this order, the parties shall file a stipulation of dismissal. Failure to comply with this order may result in dismissal with prejudice pursuant to Civil Local Rule 41(c) for failure to prosecute this action in a timely manner. Additional time to complete the execution of the settlement document may be granted if requested in writing prior to the expiration of this time period.

Dated at Milwaukee, Wisconsin this 1st day of March, 2021.

                                                      s/ *Brett H. Ludwig*
                                                      Brett H. Ludwig
                                                      United States District Judge